RULE 16 CONFERENCE INFORMATION REPORT

Civil Action No: 2:23-cv-00581

Jury Trial __X__   Bench Trial _____   Arbitration _____

Service of Process Made ___2/15/23_____

Caption: ANGHEARA ELFSTROM v. BIG PICTURE PHILADELPHIA

Trial Counsel: EMILY MAHLER

Representing: BIG PICTURE PHILADEPLHIA

Law Firm: MARGOLIS EDELSTEIN

Telephone: 412-355-4938        Fax: 412-642-2380

E-Mail: emahler@margolisedelstein.com

Are there threshold motions? No

When will discovery be completed? July 22, 2024

| | | |
|---|---|---|
| Will motion for summary judgment be filed? | Yes _____ | No __X__ |
| Has settlement been discussed? | Yes __X__ | No _____ |

If not, why not? _____

| | | |
|---|---|---|
| Future settlement conference requested | Yes __X__ | No _____ |
| Novel issues or special problems? | Yes _____ | No __X__   If yes, describe. |

_____

Ready for trial by?   December of 2024

Trial time estimates:  Time to present your case    1-2 days

　　　　　　　　　　Time for entire trial        2-3 days

Date: 1/23/24

　　　　　　　　　　　　　　　　　　_Emily E. Mahler_ (signature)
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Signature of counsel

　　　　　　　　　　　　　　　　　　Emily Mahler
　　　　　　　　　　　　　　　　　　Typed or printed name

**Joint Status Report Pursuant to Rule 26(f)**

Caption:  ANGHEARA ELFSTROM v. BIG PICTURE PHILADELPHIA

Civil Action No: 2:23-cv-00581

Basis of Jurisdiction:  28 U.S.C. §§ 1331 and 1343

Jury Trial:   X      Non-Jury Trial:      Arbitration:  

1.  Plaintiff's brief factual summation of the case and claims: At all times material, Plaintiff received positive reviews of her performance, occasional praise, and no justifiable discipline. In or around October 2020, Plaintiff disclosed to Defendant's HR department that she was pregnant and that it was a high-risk pregnancy; she disclosed her pregnancy to her supervisor in or around December 2020. Plaintiff was due 5/7/21. Upon disclosing her pregnancy, Defendant began to pretextually discipline Plaintiff, ultimately leading to Plaintiff's termination on January 27, 2021.

2.  Defendant's brief factual summation of the case, claims, and defenses: Defendant maintains Plaintff was terminated from her position for failure to improve performance after she was placed on a performance improvement plan.  Plaintiff was not subjected to discrimination on the basis of her pregnancy or sex.  Further, Defendant is able to demonstrate legitimate, non-discriminatory reasons for Plaintiff's termination, namely her failure to meet the expectations of her position.

3.  Plaintiff's counsel participating in the Rule 16 Conference:   Mary Kramer

4.  Defendant's counsel participating in the Rule 16 Conference: Samantha Hirsch

5.  When did the parties hold the Rule 26 Conference? January 22, 2024

6.  When did the parties comply with Rule 26(a)'s duty of self-executing disclosure? In process

7.  Plan for Discovery:
    a.  The parties anticipate that discovery should be completed within 180 days.

    b.  If you contend the discovery period should exceed 90 days, please explain: Parties are engaged in settlement talks.

    c.  Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rule 26(f)(3)(D)? Yes, there are none.

    d.  Identify any other discovery issues that should be addressed at the Rule 16 Conference, including limitations on discovery, protective orders needed, or other elements which should be included in a particularized discovery plan: None.

    e.  Does either side anticipate the use of experts? No.
        If yes, what is the proposed deadline for expert discovery?

8. Proposed deadline for filing dispositive motions: <u>30 days after close of discovery</u>

9. Approximate date case should be trial-ready: <u>November 1, 2024</u>
   Time for Plaintiff's case:  <u>1-2 days</u>
   Time for Defendant's case:  <u>1-2 days</u>

10. Does your client consent to proceeding before a Magistrate Judge for final disposition? _____

11. Is a settlement conference likely to be helpful? <u>Yes</u> (yes/no)

   If so, when: Early  <u>Yes</u> (yes/no) After Discovery _____ (yes/no)

**In addition to being filed in ECF, this 26F report should be emailed to: Perez_Chambers@paed.uscourts.gov**