IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGHEARA ELFSTROM** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| **BIG PICTURE PHILADELPHIA** | : | NO. 23-581 |
| Defendant. | : | |

## SCHEDULING ORDER

**NOW,** this 5th day of February, 2024, following a preliminary pretrial conference, it is **ORDERED** as follows:

1. This case is hereby referred to Magistrate Judge Pamela Carlos for a settlement conference to be scheduled by Judge Carlos's chambers.

2. All factual discovery shall be completed on or before June 5, 2024.

3. Dispositive motions shall be filed on or before July 22, 2024.

4. Responses to dispositive motions shall be filed no later than August 5, 2024.

5. Motions *in limine* are due October 21, 2024.

6. Responses to motions *in limine* are due November 4, 2024.

7. Plaintiff's pretrial memorandum is due November 8, 2024.

8. Defendant's pretrial memorandum is due November 8, 2024.

9. A final pre-trial conference shall be held on November 13, 2024 in **Courtroom 6A at 11:00 a.m.**

10. Joint exhibit binder is to be submitted to chambers no later than 3:00 p.m. the day before trial.

11. This matter is in the jury pool beginning on December 2, 2024 and ending on December 13, 2024.

BY THE COURT:

_____
Hon. Mia R. Perez