IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGHEARA ELFSTROM<br>V<br>BIG PICTURE PHILADELPHIA | Civil Action No.  23-581 MRP |

SETTLEMENT CONFERENCE SCHEDULING ORDER

Please be advised that a settlement conference in the above-captioned case will be held, **VIA ZOOM,** on **MONDAY, APRIL 22, 2024 AT 9:30 AM EST** before the Honorable Pamela A. Carlos, United States Magistrate Judge. *The Zoom link will be provided to the parties on the morning of the conference.*

**PLAINTIFF AND HER COUNSEL ARE TO LOG INTO ZOOM AT 9:30 A.M. EST ON THE DATE STATED ABOVE. DEFENSE COUNSEL AND THE DEFENDANT AUTHORIZED REPRESENTATIVE SHALL LOG INTO ZOOM AT 10:30 A.M. EST**

PURSUANT TO LOCAL RULE 16.1 (d) 3, **TRIAL COUNSEL** SHALL APPEAR AND BRING WITH THEM ALL PERSONS WHOSE CONSENT MAY BE NECESSARY TO SETTLE THIS CASE.  **ALL PERSONS SHALL MEAN INSURANCE ADJUSTORS WITH FULL AUTHORITY TO SETTLE THE CASE, AS WELL AS CLIENTS.   PERSONS PRESENT MUST HAVE FULL SETTLEMENT AUTHORITY AND MAY NOT CONFER BY TELEPHONE WITH ANYONE TO SEEK ADDITIONAL AUTHORITY.**

**CONTINUANCE REQUESTS SHOULD BE MADE *VIA DOCKETED LETTER* TO THE COURT WITHIN FOURTEEN (14) DAYS OF RECEIPT OF THIS NOTICE. THE LETTER REQUEST SHALL INDICATE WHETHER OR NOT THE REQUEST FOR CONTINUANCE IS OPPOSED. CONTINUANCE REQUESTS WILL ONLY BE GRANTED FOR THE MOST COMPELLING REASONS.**

NO LATER THAN **MONDAY, APRIL 15, 2024**, COUNSEL ARE TO SUBMIT A JOINT LETTER TO CHAMBERS, *VIA EMAIL*, INDICATING THE MOST UPDATED SETTLEMENT  DEMAND AND SETTLEMENT OFFER. THE PARTIES ARE ALSO DIRECTED TO CONFIRM WHETHER BASED UPON THE STATUS OF NEGOTIATIONS THERE IS AN AGREEMENT TO PROCEED WITH A GOOD FAITH SETTLEMENT CONFERENCE.

FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.

Counsel are further directed to provide an UPDATED SETTLEMENT CONFERENCE MEMORANDUM to Chambers, by Email on or before **MONDAY, APRIL 15, 2024.** *FAILURE TO SUBMIT SETTLEMENT MEMORANDUM WITHIN THE TIME SET FORTH IN THIS ORDER MAY RESULT IN SANCTIONS*.

The Email address is PAED_Carlos_Chambers@paed.uscourts.gov. The settlement conference memorandum shall include:

1. Name, title and email of all persons participating in the settlement conference.

2. An *updated* case synopsis, limited to four pages, which shall be in **Microsoft Word format**.

3. **Critical** exhibits in support of the parties' liability and damage claims or defenses.

4. Affirmative and rebuttal experts reports, if any.

5. *Relevant* portions of deposition testimony may be submitted. Submission of entire deposition transcripts is strongly discouraged.


BY THE COURT:
ATTEST

/ss/ CARLENE L. KOHUT
DEPUTY CLERK TO PAMELA A. CARLOS, USMJ
FOR INFORMATION CONTACT CHAMBERS
Phone: 610-434-3823
FAX: 610-434-5152

Date: February 22, 2024